In the Matter of the Construction of an Indenture of Trust Made by MCALEXANDER D. RYAN. GUARANTY TRUST COMPANY OF NEW YORK et al., as Trustees, et al., Respondents; MCALEXANDER D. RYAN, Individually and as Trustee, Appellant.

Argued June 7, 1955; decided July 8, 1955.

*James N. Vaughan, Francis J. Rogers* and *Paul Saurel* for appellant.

*Walter D. Fletcher, Andrew Y. Rogers* and *Standish F. Medina* for trustees, respondents.

*Edward V. Loughlin,* as guardian ad litem for Virginia Ogilvy and others, infants, and for unknown persons, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the trust estate; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL. VAN VOORHIS and BURKE, JJ.